**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Northern District of Ohio | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**V.I.P. Electric Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**34-1853251** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**8358 Mentor Avenue**<br>**Mentor, OH 44060**   ZIP CODE **44060** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

--------

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                            THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Debts**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **V.I.P Electric** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)     (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**V.I.P Electric Company** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  */s/ Harry W. Greenfield*
Signature of Attorney for Debtor(s)
**Harry W. Greenfield 0003839**
Printed Name of Attorney for Debtor(s)
**Buckley King, LPA**
Firm Name
**1400 Fifth Third Center**
**600 Superior Avenue, East**
**Cleveland, Ohio 44114**
Address
**(216) 363-1400 Fax:(216) 579-1020**
Telephone Number
5/26/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  */s/ Kevin Vayo*
Signature of Authorized Individual
**Kevin Vayo**
Printed Name of Authorized Individual
**Vice President**
Title of Authorized Individual
5/26/2011
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re  V.I.P Electric Company
                    Debtor(s)

Case No. _____
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Acuity<br>2800 S. Taylor Drive<br>P.O. Box 58<br>Sheboygan, WI 53081 | Acuity<br>2800 S. Taylor Drive<br>P.O. Box 58<br>Sheboygan, WI 53081 | | | 9,612.25 |
| AT&T Datacomm, Inc.<br>Bankruptcy Department<br>Post Office Box 769<br>Arlington, TX 76004 | AT&T Datacomm, Inc.<br>Bankruptcy Department<br>Post Office Box 769<br>Arlington, TX 76004 | | | 89,656.50 |
| CED Credit Dept.<br>750 Cross Pointe Rd. #R<br>Gahanna, OH 43230-6693 | CED Credit Dept.<br>750 Cross Pointe Rd., #R<br>Gahanna, OH 43230-6693 | | | 389,563.76 |
| Extreme Cabling, Inc.<br>17216 Sedalia Avenue<br>Cleveland, OH 44135 | Extreme Cabling, Inc.<br>17216 Sedalia Avenue<br>Cleveland, OH 44135 | | | 458,248.41 |
| H. Leff Electric Company<br>4700 Spring Road<br>Independence, OH 44131 | H. Leff Electric Company<br>4700 Spring Road<br>Independence, OH 44131 | | | 237,848.57 |
| Hill-Rom<br>1069 State Rt. 462<br>Batesville, IN 47006 | Hill-Rom<br>1069 State Rt. 462<br>Batesville, IN 47006 | | | 80,630.06 |
| Lakeland Electric Supply, Inc.<br>4820 W. 130th Street<br>Cleveland, OH 44135 | Lakeland Electric Supply, Inc.<br>4820 W. 130th Street<br>Cleveland, OH 44135 | | | 213,662.18 |
| Mars Electric<br>38868 Mentor Avenue<br>Willoughby, OH 44094 | Mars Electric<br>38868 Mentor Avenue<br>Willoughby, OH 44094 | | | 215,334.01 |
| Mr. Excavator<br>8616 Euclid-Chardon Rd<br>Kirtland, OH 44094 | Mr. Excavator<br>8616 Euclid-Chardon Rd<br>Kirtland, OH 44094 | | | 45,498.80 |
| Nevco Inc.<br>301 E. Harris Avenue<br>Greenville, IL 62246 | Nevco Inc.<br>301 E. Harris Avenue<br>Greenville, IL 62246 | | | 23,891.12 |
| North American Specialty Surety Group<br>475 N Martingale Road, Suite 850<br>Schaumburg, IL 60173 | North American Specialty Surety Group<br>475 N Martingale Road, Suite 850<br>Schaumburg, IL 60173 | | Unliquidated | 1,700,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  V.I.P Electric Company  
         Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ohio Farmers Insurance Company<br>1 Park Circle<br>P.O. Box 5001<br>Westfield Center, OH 44251 | Ohio Farmers Insurance Company<br>1 Park Circle<br>P. O. Box 5001<br>Westfield Center, OH 44251 | | Undisputed | 427,724.22 |
| Platform Cement, Inc.<br>7503 Tyler Blvd.<br>Mentor, OH 44060 | Platform Cement, Inc.<br>7503 Tyler Blvd.<br>Mentor, OH 44060 | | | 8,115.56 |
| Siemens Industry, Inc.<br>Citibank New York<br>111 Wall Street<br>New York, NY 10043 | Siemens Industry, Inc.<br>Citibank New York<br>111 Wall Street<br>New York, NY 10043 | | | 38,861.25 |
| Sound Com Corp.<br>227 Depot Street<br>Berea, OH 44017 | Sound Com Corp.<br>227 Depot Street<br>Berea, OH 44017 | | | 23,188.00 |
| Southeast Security<br>P.O. Box 326<br>1385 Wold Creek Trail<br>Sharon Center, OH 44274 | Southeast Security<br>P.O. Box 326<br>1385 Wold Creek Trail<br>Sharon Center, OH 44274 | | | 39,790.00 |
| Stanley Convergent Security Solutions<br>Dept. CH 10651<br>Palatine, IL 60055 | Stanley Convergent Security Solutions<br>Dept. CH 10651<br>Palatine, IL 60055 | | | 68,660.00 |
| Superior Industrial Insulation<br>3855 West 150th Street<br>Cleveland, OH 44111 | Superior Industrial Insulation<br>3855 West 150th Street<br>Cleveland, OH 44111 | | | 16,000.00 |
| Warwick Communications Inc.<br>2806 Payne Avenue<br>Cleveland, OH 44114 | Warwick Communications Inc.<br>2806 Payne Avenue<br>Cleveland, OH 44114 | | | 22,755.55 |
| Zenith Systems LLC<br>5069 Corbin Drive<br>Bedford Heights, OH 44128 | Zenith Systems LLC<br>5069 Corbin Drive<br>Bedford Heights, OH 44128 | | | 831,588.28 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  5/26/2011       Signature  _[signed]_
                                 Kevin Vayo
                                 Vice President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Ohio

In re  **V.I.P Electric Company**  
Debtor(s)

Case No. _____  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **5/26/2011**

_[signature]_  
**Kevin Vayo/Vice President**  
Signer/Title

Acuity
2800 S. Taylor Drive
P.O. Box 718
Sheboygan, WI 53081


Air Control Products
3800 Towpath Road
Broadview Heights, OH 44147


American Express
P.O. Box 1270
Newark, NJ 07101


ARC
Dept. 2163
Denver, CO 80291


AT&T
P.O. Box 8100
Aurora, IL 60507


AT&T Datacomm, Inc.
P.O. Box 8104
Aurora, IL 60507


AT&T Mobility
P.O. Box 6416
Carol Stream, IL 60197


AT&T Mobility
P.O. Box 6416
Carol Stream, IL 60197


Bob's Garage & Towing Service
15 S. Doan Avenue
Painesville, OH 44077


Capital One Bank
P.O. Box 60599
City of Industry, CA 91716


CED Credit Dept.
P.O. Box 307260
Columbus, OH 43230

CJB Excavating, Inc.
2188 Cornell Road
Cleveland, OH 44106


Cook Paving & Construction Co.
11360 Brookpark Road
Suite 212
Cleveland, OH 44130


Custom Works Contracting LLP
11262 Chillicothe Road
Chesterland, OH 44026


EC&M Contractors, Inc.
7205 Bridlewood Drive
Chardon, OH 44024


Extreme Cabling, Inc.
17216 Sedalia Avenue
Cleveland, OH 44135


Fifth Third Bank
P.O. Box 630337
Cincinnati, OH 45263


Frank Novak & Sons, Inc.
23940 Miles Road
Cleveland, OH 44128


Giorgi Interior Systems, Inc.
5075 Taylor Road
Bedford Heights, OH 44146


Graybar Electric
6161 Halle Drive
Cleveland, OH 44125


H. Leff Electric Company
P.O. Box 72150
Cleveland, OH 44192


Hill-Rom
P.O. Box 643592
Pittsburgh, PA 15264

K&R Communications, Inc.
9759 Shepard Trail
Macedonia, OH 44056

Lake Business Products
37200 Research Dr
Eastlake, OH 44095

Lakeland Electric Supply, Inc.
4820 W. 130th Street
Cleveland, OH 44135

LBP Leasing, Inc.
37200 Research Drive
Eastlake, OH 44095

Lindsay Concrete Products
6845 Erie Avenue, NW
Canal Fulton, OH 44614

Mars Electric
38868 Mentor Avenue
Willoughby, OH 44094

Maxwell Lightning Protection
621 Pond Street
Dayton, OH 45402

Minority Electric Co., Inc.
200 E. 28th Street
Lorain, OH 44055

Mr. Excavator
8616 Euclid-Chardon R
Willoughby, OH 44094

Nevco Inc.
301 E. Harris Avenue
Greenville, IL 62246

North American Specialty Surety
Group
475 N Martingale Road, Suite 850
Schaumburg, IL 60173

Oeler Industries, Inc.
4700 Clairton Blvd.
Pittsburgh, PA 15236


Ohio Farmers Insurance


Ohio Farmers Insurance Company
1 Park Circle
P.O. Box 5001
Westfield Center, OH 44251


Pastenal Company
P.O. Box 978
Winona, MN 55987-0978


Pepco
P.O. Box 1570
Willoughby, OH 44096


Phillips Contractors Supply
1800 E. 30th Street
Cleveland, OH 44114


Platform Cement, Inc.
P.O. Box 330
Willoughby, OH 44096


Precision Directional Boring
740 Marks Road
Valley City, OH 44280


Rexel
P.O. Box 223356
Pittsburgh, PA 15251


Shell
P.O. Box 183019
Columbus, OH 43218


Siemens Industry, Inc.
Citibank New York
111 Wall Street
New York, NY 10043

Simplex Grinnell
Dept. Ch 10320
Palatine, IL 60055


Sound Com Corp.
227 Depot Street
Berea, OH 44017


Southeast Security
P.O. Box 326
1385 Wold Creek Trail
Sharon Center, OH 44274


Stanley Conv Security Solution
Dept. CH 10651
Palatine, IL 60055


Superior Industrial Insulation
3855 West 150th Street
Cleveland, OH 44111


The A. Louis Supply Co.
5610 Main Avenue
Ashtabula, OH 44004


Triangle Surveying
130 South Point Drive
Avon Lake, OH 44012


Union Lightning Protection Ins.
7975 Industrial Drive
GA 30130


Voyten Electric Co.
P.O. Box 361
Franklin, PA 16323


Warwick Communications Inc.
2806 Payne Avenue
Cleveland, OH 44114


Zenith Systems LLC
5069 Corbin Drive
Bedford Heights, OH 44146